UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR GUTIERREZ,<br><br>           Plaintiff,<br><br>    v.<br><br>COUNTY OF ORANGE, ORANGE COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, STEVEN ELDRED, MARIA FLORES, and DOES 1-10,<br><br>           Defendants. | NO. SACV 14-01599-AG (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed (see Docket Entry No. 22)("Objections"), the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. However, the Court addresses certain arguments raised in the Objections below.

Plaintiff asserts that the Court's Fourth Amendment analysis fails because Plaintiff was, in fact, in possession of the incomplete Medical Information Verification Report ("MIVR") when Defendant Flores allegedly physically removed the form from Plaintiff's hands. (Objections at 3). However, this fact does not change the Fourth Amendment analysis in the Report and Recommendation because Plaintiff did not have a legitimate expectation of privacy in a blank form that, at the time of the alleged seizure, contained only information already available to the general public. See United States v. Miller, 425 U.S. 435, 443 (acknowledging that the Fourth Amendment "does not prohibit the obtaining of information revealed to a third party"). Because Plaintiff has failed to show that he had a legitimate expectation of privacy in the MIVR, Plaintiff may not invoke Fourth Amendment protections against Defendants' actions.

The Court finds that Plaintiff's remaining Objections are facially inadequate, repetitive of the claims alleged in the Third Amended Complaint, and do not require further discussion. Accordingly, Plaintiff's objections to the Report and Recommendation do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that Judgment shall be entered dismissing this action without leave to amend.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 28, 2015.

                                                ANDREW GUILFORD
                                                UNITED STATES DISTRICT JUDGE

3