**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR GUTIERREZ, | NO. SACV 14-01599-AG (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF ORANGE, ORANGE COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, STEVEN ELDRED, MARIA FLORES, and DOES 1-10, | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 28, 2015.

_____
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE